

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00715-CR

Jessica Elaine **BRIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-2943-CR-B
Honorable Daniel H. Mills, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Velia J. Meza, Justice

Delivered and Filed: February 18, 2026

DISMISSED FOR WANT OF JURISDICTION

Appellant, Jessica Elaine Bright, was convicted of possession of a controlled substance, penalty group 1, more than or equal to one gram less than four grams, on July 16, 2025. Thus, the notice of appeal was due on August 15, 2025. *See* TEX. R. APP. P. 26.2. Appellant filed her pro se notice of appeal on November 5, 2025. Additionally, the trial court's certification of defendant's right of appeal in the record states that the case was "a plea-bargain case, and the defendant has NO right of appeal."

On January 6, 2026, we ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. We also advised appellant that if no satisfactory response was filed within the time provided, we would dismiss the appeal for want of jurisdiction.

Appellant has not filed a response showing cause why this appeal should not be dismissed for want of jurisdiction. The timely filing of a written notice of appeal is a jurisdiction prerequisite. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). Additionally, the trial court's certification of defendant's right to appeal shows the trial court did not grant appellant permission to appeal, and we see no indication that appellant's specific appeal is authorized by statute. *See* TEX. R. APP. P. 25.2.

Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

Do Not Publish